Fill in this information to identify the case:

United States Bankruptcy Court for the:
**Western District of Texas**

Case number (if known): _____ Chapter **11**

☐ Check if this is an amended filing

## Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **JAG Public Safety LLC** | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as names* | | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 4 6 – 0 6 8 0 2 8 7 | |
| **4. Debtor's address** | **Principal place of business** **9907 Iota Dr** Number   Street **San Antonio, TX 78217-2608** City    State  ZIP Code **Bexar** County | **Mailing address, if different from principal place of business** **Po Box 100776** Number   Street **San Antonio, TX 78201-8776** City    State  ZIP Code **Location of principal assets, if different from principal place of business** Number   Street City    State  ZIP Code |
| **5. Debtor's website (URL)** | https://www.jagpublicsafety.com/ | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page **1**

Debtor **JAG Public Safety LLC**     Case number *(if known)* _____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. §101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
- ☑ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**5 6 1 9**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District _____ When ___/___/_____ Case number _____
         District _____ When ___/___/_____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes. Debtor _____ Relationship _____
         District _____ When ___/___/_____
         Case number, if known _____

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page **2**

Debtor __JAG Public Safety LLC__   Case number *(if known)* _____
      Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
      Number    Street

_____

_____
City      State  ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49 ☐ 50-99 ☐ 1,000-5,000 ☐ 5,001-10,000 ☐ 25,001-50,000 ☐ 50,000-100,000
☐ 100-199 ☐ 200-999 ☐ 10,001-25,000 ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000 ☑ $1,000,001-$10 million ☐ $500,000,001-$1 billion
☐ $50,001-$100,000 ☐ $10,000,001-$50 million ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000 ☐ $50,000,001-$100 million ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million ☐ $100,000,001-$500 million ☐ More than $50 billion

Debtor  **JAG Public Safety LLC**　　　　　　　　　　　　　　　　　　Case number *(if known)* _____
　　　　　Name

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **03/31/2025**
　　　　　　　MM/ DD/ YYYY

X **/s/ Lucio Gonzalez**　　　　　　　　　　　　　　**Lucio Gonzalez**
　Signature of authorized representative of debtor　　　Printed name

Title　**President**

**18. Signature of attorney**

X 　　　　**/s/ Robert C Lane**　　　　　　Date **03/31/2025**
　Signature of attorney for debtor　　　　　　　　　　　　MM/ DD/ YYYY

**Robert C Lane**
Printed name

**The Lane Law Firm**
Firm name

**6200 Savoy Dr Ste 1150**
Number　　Street

**Houston**　　　　　　　　　　　　　　**TX**　　　**77036-3369**
City　　　　　　　　　　　　　　　　　State　　　ZIP Code

**(713) 595-8200**　　　　　　　　　　　**notifications@lanelaw.com**
Contact phone　　　　　　　　　　　　　Email address

**24046263**　　　　　　　　　　　　　　**TX**
Bar number　　　　　　　　　　　　　　State

Official Form 201　　　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　　　page **4**

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

   a. Total assets      **$1,156,383.37**
   b. Total debts (including debts listed in 2.c., below)      **$2,287,649.31**
   c. Debt securities held by more than 500 holders

   Approximate number of holders:

   secured ☐ unsecured ☐ subordinated ☐ _____ _____
   secured ☐ unsecured ☐ subordinated ☐ _____ _____
   secured ☐ unsecured ☐ subordinated ☐ _____ _____
   secured ☐ unsecured ☐ subordinated ☐ _____ _____
   secured ☐ unsecured ☐ subordinated ☐ _____ _____

   d. Number of shares of preferred stock _____
   e. Number of shares common stock _____

   Comments, if any: _____

3. Brief description of debtor's business _____

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
_____
_____
_____

Fill in this information to identify the case:

Debtor name: **JAG Public Safety LLC**

United States Bankruptcy Court for the: **Western District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)
- ☐ *Amended Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **03/31/2025**
MM/ DD/ YYYY

X **/s/ Lucio Gonzalez**
Signature of individual signing on behalf of debtor

**Lucio Gonzalez**
Printed name

**President**
Position or relationship to debtor

Official Form B202     **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: **JAG Public Safety LLC**  CASE NO

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  **03/31/2025**   Signature   **/s/ Lucio Gonzalez**
                                    Lucio Gonzalez, President

1ST ALLIANCE GROUP LLC
2875 NE 191ST ST STE 500
MIAMI, FL 33180-2832

ALLY FINANCIAL
PO BOX 8102
COCKEYSVILLE, MD 21030

ALLY FINANCIAL
PO BOX 9001951
LOUISVILLE, KY 40290

AMERICAN EXPRESS
BANKRUPTCY UNIT
P.O BOX 297817
FORT LAUDERDALE, NY 33329

AWN&R COMMERCIAL LAW GROUP, PLLC
ATTN: JEFFREY PARRELLA, ESQ.
14 WALL STREET 20TH FLOOR
NEW YORK, NY 10005

BALBOA CAPITAL CORPORATION
575 ANTON BLVD 12TH FLOOR
COSTA MESA, CA 92626

BEXAR COUNTY TAX ASSESOR - COLLECTOR
PO BOX 839950
SAN ANTONIO, TX 78283-3950

BLUE SHIELD TRAFFIC CONTROL
105 ABREGO LAKE DR
FLORESVILLE, TX 78114-6662

CITIBANK/THE HOME DEPOT
PO BOX 790040
SAINT LOUIS, MO 63179-0040

DAVID FOGEL, P.C.
1225 FRANKLIN AVENUE 201
GARDEN CITY, NY 11530

DELL FINANCIAL SERVICES
PO BOX 6403
CAROL STREAM, IL 60197

FIRSTNET
12201 SUNRISE VALLEY DR
HERNDON, VA 20192-0002

FORD CREDIT
PO BOX 35910
CLEVELAND, OH 44135-0910

HAYDEN & CUNNINGHAM, PLLC ATTORNEYS AT LAW
7750 BROADWAY
SAN ANTONIO, TX 78209-3244

IOTA, LLC

JAG PUBLIC SAFETY LLC
9907 IOTA DR
SAN ANTONIO, TX 78217-2608

JP MORGAN CHASE
P.O. BOX 901076
FORT WORTH, TX 76101

LAW OFFICES OF SYL MAURO
12451 STARCREST DR STE 100
SAN ANTONIO, TX 78216-2988

LUCIO GONZALEZ
2134 W KINGS HWY
SAN ANTONIO, TX 78201-4801

MILESTONE BANK
50 W BIG BEAVER RD STE 245
TROY, MI 48084-5290

MOBILEASE INC.
3815 DACOMA ST
HOUSTON, TX 77092-8717

NATIONAL CAPITAL NEGOTIATORS
1501 CORPORATE DR STE 100
BOYNTON BEACH, FL 33426-6654

PROSPERUM CAPITAL
8 W 36TH ST 7TH FLOOR
NEW YORK, NY 10018

RENHILL STAFFING SERVICES OF TEXAS
102 RILLA VISTA DR
SAN ANTONIO, TX 78216-7664

RIVER CITY FEDERAL CREDIT UNION
PO BOX 681029
SAN ANTONIO, TX 78268-1029

STREET SMART RENTALS
3404 N BAGDAD RD STE A
LEANDER, TX 78641-4561

TEXAS COMPTROLLER
111 E. 17TH STREET
AUSTIN, TX 78774

U.S. SMALL BUSINESS ADMINISTRATION (SBA) - ALL DIVISIONS
LITTLE ROCK COMMERCIAL LOAN SERVICING CENTER
2120 RIVERFRONT DRIVE 100
LITTLE ROCK, AR 72202

UNIQUE FUNDING SOLUTIONS LLC
1915 HOLLYWOOD BLVD SUITE 200A
HOLLYWOOD, FL 33020

WADDELL SERAFINO GEARY RECHNER JENEVEIN, PC
1717 MAIN STREET 25TH FLOOR
DALLAS, TX 75201

WATKINS & WATKINS
24 GREENWAY PLZ STE 1710
HOUSTON, TX 77046-2423

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Texas

**In re**     JAG Public Safety LLC

Case No. _____

**Debtor**

Chapter     **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................................................. **$35,000.00**

   Prior to the filing of this statement I have received ..................................................................... **$35,000.00**

   Balance Due ..................................................................................................................................... **$0.00**

2. The source of the compensation paid to me was:

   ☑ Debtor         ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor         ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **03/31/2025** | **/s/ Robert C Lane** |
|---|---|
| *Date* | Robert C Lane |
| | *Signature of Attorney* |

Bar Number: 24046263
The Lane Law Firm
6200 Savoy Dr Ste 1150
Houston, TX 77036-3369
Phone: (713) 595-8200
Fax: (713) 595-8201

**The Lane Law Firm**
*Name of law firm*