| Fill in this information to identify the case: |
| --- |
| Debtor name  **JAG Public Safety LLC** |
| United States Bankruptcy Court for the:  **Western District of Texas** |
| Case number (if known):  **25-50692** |

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | U.S. Small Business Administration (SBA) - All Divisions  Little Rock Commercial Loan Servicing Center 2120 Riverfront Drive 100 Little Rock, AR 72202 | | UCC | | | | $500,000.00 |
| 2 | Mobilease Inc. 3815 Dacoma St Houston, TX 77092-8717 | | | Disputed | | | $324,782.45 |
| 3 | Blue Shield Traffic Control 105 Abrego Lake Dr Floresville, TX 78114-6662 | | Vendor | Disputed | | | $301,499.00 |
| 4 | Texas Comptroller 111 E. 17th Street Austin, TX 78774 | | Sales Tax | Disputed | | | $252,002.22 |
| 5 | JP Morgan Chase P.O. Box 901076 Fort Worth, TX 76101 | | UCC | | | | $166,050.32 |
| 6 | Renhill Staffing Services of Texas 102 Rilla Vista Dr San Antonio, TX 78216-7664 | | Vendor | Disputed | | | $125,000.00 |
| 7 | Prosperum Capital 8 W 36th St 7th Floor New York, NY 10018 | | UCC | Disputed | | | $101,517.88 |
| 8 | River City Federal Credit Union Po Box 681029 San Antonio, TX 78268-1029 | | | | | | $93,805.60 |

| Debtor | **JAG Public Safety LLC** | | Case number *(if known)* | 25-50692 |
|---|---|---|---|---|
| | Name | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Street Smart Rentals<br>3404 N Bagdad Rd Ste A<br>Leander, TX 78641-4561 | | Vendor | | | | $46,612.86 |
| 10 | 1st Alliance Group LLC<br>2875 Ne 191st St Ste 500<br>Miami, FL 33180-2832 | | UCC | Disputed | | | $38,796.39 |
| 11 | National Capital Negotiators<br>1501 Corporate Dr Ste 100<br>Boynton Beach, FL 33426-6654 | | | Disputed | | | $37,567.26 |
| 12 | Citibank/The Home Depot<br>Po Box 790040<br>Saint Louis, MO 63179-0040 | | Credit Card | | | | $30,131.67 |
| 13 | Dell Financial Services<br>PO Box 6403<br>Carol Stream, IL 60197 | | | | | | $26,504.08 |
| 14 | Balboa Capital Corporation<br>575 Anton Blvd 12th Floor<br>Costa Mesa, CA 92626 | | Deficiency from repossessed collateral | | | | $19,702.97 |
| 15 | Bexar County Tax Assesor - Collector<br>Po Box 839950<br>San Antonio, TX 78283-3950 | | | | | | $16,474.93 |
| 16 | American Express<br>Bankruptcy Unit<br>P.O Box 297817<br>Fort Lauderdale, NY 33329 | | | | | | $14,915.07 |
| 17 | Unique Funding Solutions LLC<br>1915 Hollywood Blvd Suite 200A<br>Hollywood, FL 33020 | | | Disputed | | | $10,842.12 |
| 18 | Milestone Bank<br>50 W Big Beaver Rd Ste 245<br>Troy, MI 48084-5290 | | UCC | | | | $7,870.87 |
| 19 | Ally Financial<br>PO Box 8102<br>Cockeysville, MD 21030 | | Vehicle Loan | | | | $6,464.91 |
| 20 | Balboa Capital Corporation<br>575 Anton Blvd 12th Floor<br>Costa Mesa, CA 92626 | | Deficiency from repossessed collateral | | | | $6,334.73 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor Name **JAG Public Safety LLC** | |
| United States Bankruptcy Court for the: **Western** District of **Texas** (State) | |
| Case number (If known): **25-50692** | |

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Frost Bank** | **Checking account** | **0  1  8  5** | $42.05 |
| 3.2. | **Frost Bank** | **Checking account** | **0  1  7  7** | $540.35 |
| 3.3. | **Frost Bank** | **Checking account** | **7  1  0  9** | $1,755.93 |
| 3.4. | **Frost Bank** | **Checking account** | **0  7  4  4** | $1,317.10 |
| 3.5. | **Frost Bank** | **Checking account** | **0  7  3  6** | $279.04 |
| 3.6. | **Frost Bank** | **Checking account** | **0  7  5  2** | $10.63 |
| 3.7. | **Frost Bank** | **Checking account** | **0  7  0  1** | $540.35 |
| 3.8. | **Frost Bank** | **Checking account** | **0  7  2  8** | $2,497.48 |
| 3.9. | **Wells Fargo** | **Checking account** | **5  2  8  9** | $0.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1
   4.2

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $6,982.93 |
   |---|

## Part 2:  Deposits and prepayments

| Debtor | JAG Public Safety LLC | Case number *(if known)* | 25-50692 |
|---|---|---|---|
| | Name | | |

**6.** **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7.** **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1 _____ _____

7.2 _____ _____

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 _____ _____

8.2 _____ _____

**9.** **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

_____

---

**Part 3:** Accounts receivable

**10.** **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | | | Current value of debtor's interest |
|---|---|---|---|

**11.** **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | $573,531.86 | - | $29,182.79 | =..... ➤ | $544,349.07 |
| 11b. Over 90 days old: | $107,510.64 | - | $32,086.54 | =..... ➤ | $75,424.10 |

**12.** **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$619,773.17

---

**Part 4:** Investments

**13.** **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1 _____ _____ _____

Debtor    **JAG Public Safety LLC**      Case number *(if known)* 25-50692

Name

| | | | |
|---|---|---|---|
| 14.2 | | | |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                  % of ownership:

| | | | |
|---|---|---|---|
| 15.1. | | | |
| 15.2. | | | |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| | | |
|---|---|---|
| 16.1 | | |
| 16.2 | | |

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| |
|---|
| |

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| | MM / DD / YYYY | | | |
| **20. Work in progress** | | | | |
| | MM / DD / YYYY | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| | MM / DD / YYYY | | | |
| **22. Other inventory or supplies** | | | | |
| | MM / DD / YYYY | | | |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| |
|---|
| |

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

Debtor    **JAG Public Safety LLC**
_____    Case number *(if known)* **25-50692**_____

Name

---

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | _____ | _____ | _____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | _____ | _____ | _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | _____ | _____ | _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | _____ | _____ | _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | _____ | _____ | _____ |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.                                                      _____

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

---

| Debtor | **JAG Public Safety LLC** | Case number *(if known)* **25-50692** |
|---|---|---|
| | Name | |

---

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Desks (15) | unknown | | $500.00 |
| Chairs (33) | unknown | | $400.00 |
| Tables (6) | unknown | | $200.00 |
| Sofa | unknown | | $200.00 |
| Love Seat | unknown | | $100.00 |
| 40. **Office fixtures** | | | |
| Small Refrigerator | unknown | | $35.00 |
| Large Refrigerator | unknown | | $100.00 |
| Shelf (5) | unknown | | $200.00 |
| Filing cabinets (9) | unknown | | $300.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Traffic Jet XPERT - LEASED | unknown | | $0.00 |
| Phones (8) | unknown | | $600.00 |
| Printer | unknown | | $75.00 |
| TV (4) | unknown | | $200.00 |
| Traffic Barrels (418) | unknown | | $3,000.00 |
| Traffic Cones (930) | unknown | | $4,000.00 |
| Traffic Roll Up Signs (305) | unknown | | $3,000.00 |
| Computers (14) | unknown | | $2,500.00 |
| Monitors (3) | unknown | | $100.00 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1

| Debtor | JAG Public Safety LLC | Case number *(if known)* | 25-50692 |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 42.2 | | | | |
| 42.3 | | | | |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

$15,510.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2019 Chevrolet Silverado 3500HD** / VIN: 8777 | unknown | | $15,000.00 |
| 47.2 **2019 Chevrolet Silverado 3500HD** / VIN: 7868 | unknown | | $14,300.00 |
| 47.3 **2019 Chevrolet 3500HD** / VIN: 8510 | unknown | | $13,850.00 |
| 47.4 **2019 Chevrolet 3500HD** / VIN: 6190 | unknown | | $14,000.00 |
| 47.5 **2019 Chevrolet 3500HD** / VIN: 2085 | unknown | | $15,000.00 |
| 47.6 **2019 Chevrolet Silverado 3500HD** / VIN: 6266 Wrecked | unknown | | $0.00 |
| 47.7 **2019 Chevrolet 4500HD** / VIN: 6652 | unknown | | $65,000.00 |
| 47.8 **2019 Chevrolet Silverado 3500HD** / VIN: 5312 | unknown | | $15,000.00 |
| 47.9 **2018 Chevrolet Tahoe** / VIN: 3852 | unknown | | $16,500.00 |
| 47.10 **2020 Ford F250** / VIN: 3264 | unknown | | $56,000.00 |
| 47.11 **2020 Ford F350** / VIN: 6508 | unknown | | $12,000.00 |
| 47.12 **2020 Ford F350** / VIN: 6500 | unknown | | $12,200.00 |
| 47.13 **2020 Ford F350** / VIN: 3340 | unknown | | $11,700.00 |
| 47.14 **2020 Ford F350** / VIN: 1321 | unknown | | $12,560.00 |
| 47.15 **2020 Ford F350** / VIN: 6623 | unknown | | $12,000.00 |
| 47.16 **2020 Ford F350** / VIN: 2898 | unknown | | $12,000.00 |

| Debtor | **JAG Public Safety LLC** | Case number *(if known)* **25-50692** |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| 47.17 | **2020 Ford F350 / VIN: 1322** | unknown | $11,500.00 |
| 47.18 | **2003 International 4200 / VIN: 3960** | unknown | $18,000.00 |
| 47.19 | **2004 International 4200 / VIN: 7936** | unknown | $12,000.00 |
| 47.20 | **2002 International 4300 / VIN: 0444** | unknown | $12,500.00 |
| 47.21 | **199 Gooseneck Utility Trailer / VIN: 7859** | unknown | $2,500.00 |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 | **2009 Shower Trailer FRRV UT / VIN: 6952** | unknown | $3,100.00 |
| 48.2 | **2012 Bruder Utility Trailer CH2/UT / VIN: 5096** | unknown | $4,200.00 |
| 48.3 | **2008 Bent Utility Trailer CT8/UT / VIN: 7723** | unknown | $2,300.00 |
| 48.4 | **2003 Gooseneck Utility Trailer / VIN: 0862** | unknown | $2,800.00 |
| 48.5 | **2015 WTSP Wanco Arrow Board Trailer / VIN: 4458** | unknown | $900.00 |
| 48.6 | **2018 WTSP Wanco Arrow Board Trailer / VIN: 0932** | unknown | $1,100.00 |
| 48.7 | **2018 WTSP Wanco Arrow Board Trailer / VIN: 0925** | unknown | $1,100.00 |
| 48.8 | **2018 WTSP Wanco Arrow Board Trailer / VIN: 0933** | unknown | $1,100.00 |
| 48.9 | **2015 WTSP Wanco Arrow Board Trailer / VIN: 2571** | unknown | $900.00 |
| 48.10 | **2019 Vermac Arrow Board Trailer ST-4815 / VIN: 3541** | unknown | $1,200.00 |
| 48.11 | **2017 MB3L K&K Message Board Trailer / VIN: 4990** | unknown | $2,600.00 |
| 48.12 | **2015 MB3L K&K Message Board Trailer / VIN: 4990** | unknown | $2,300.00 |
| 48.13 | **2018 MB3L K&K Message Board Trailer / VIN: 4143** | unknown | $2,900.00 |
| 48.14 | **2018 MB14281 K&K Message Board Trailer / VIN: 4155** | unknown | $2,900.00 |
| 48.15 | **2018 MB14281 K&K Message Board Trailer / VIN: 4154** | unknown | $2,900.00 |
| 48.16 | **2018 PCMS-1500 Vermac Message Boards Trailer / VIN: 2665** | unknown | $4,500.00 |
| 48.17 | **2018 PCMS-1500 Vermac Message Boards Trailer / VIN: 2664** | unknown | $4,500.00 |
| 48.18 | **2018 PCMS-1500 Vermac Message Boards Trailer / VIN: 2666** | unknown | $4,500.00 |
| 48.19 | **2016 WTLMB Wanco Arrow Board Trailer / VIN: 5949** | unknown | $1,400.00 |
| 48.20 | **2014 WTLMB Wanco Arrow Board Trailer / VIN: 2992** | unknown | $1,200.00 |
| 48.21 | **2015 WTLMB Wanco Arrow Board Trailer / VIN: 3116** | unknown | $1,300.00 |

Debtor      **JAG Public Safety LLC**                                          Case number *(if known)* **25-50692**
            Name

| | | | |
|---|---|---|---|
| 48.22 **2015 WTLMB Wanco Arrow Board Trailer /** VIN: 3117 | **unknown** | | **$1,200.00** |

49.   **Aircraft and accessories**

49.1 _____      _____  _____  _____

49.2 _____      _____  _____  _____

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

_____      _____  _____  _____

51.   **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.                     $404,510.00

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 9:**      Real property

---

54.   **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **Office** / 9907 Iota Dr San Antonio, TX 78217-2608 | **Lease** | **unknown** | | **unknown** |

56.   **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.                     _____

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 10:**      Intangibles and intellectual property

---

| Debtor | JAG Public Safety LLC | Case number *(if known)* 25-50692 |
|---|---|---|
| | Name | |

---

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| | | | |
| **61.** **Internet domain names and websites** | | | |
| https://www.jagpublicsafety.com/ | unknown | | $1.00 |
| **62.** **Licenses, franchises, and royalties** | | | |
| | | | |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| | | | |
| **64.** **Other intangibles, or intellectual property** | | | |
| | | | |
| **65.** **Goodwill** | | | |
| | | | |

**66.** **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

$1.00

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

Debtor    **JAG Public Safety LLC**       Case number *(if known)* **25-50692**

Name

---

71. **Notes receivable**

    Description (include name of obligor)

    _____  _____ – _____ = ➔ _____

             Total face amount     doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____ Tax year _____ _____

    _____ Tax year _____ _____

    _____ Tax year _____ _____

73. **Interests in insurance policies or annuities**

    _____                     _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    _____                     _____

    **Nature of claim**     _____

    **Amount requested**     _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    _____                     _____

    **Nature of claim**     _____

    **Amount requested**     _____

76. **Trusts, equitable or future interests in property**

    _____                     _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    _____                     _____

    _____                     _____

78. **Total of Part 11**

    Add lines 71 through 77. Copy the total to line 90.       _____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

---

| Debtor | JAG Public Safety LLC | Case number *(if known)* | 25-50692 |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $6,982.93 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $619,773.17 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $15,510.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $404,510.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................ ➔ | | unknown |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + | |
| 91. **Total.** *Add lines 80 through 90 for each column*............................91a. | $1,046,777.10 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................................................................................. | | $1,046,777.10 |

Fill in this information to identify the case:

Debtor name __JAG Public Safety LLC__

United States Bankruptcy Court for the: __Western__ District of __Texas__
                                                              (State)

Case number (if known): __25-50692__

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1** **Creditor's name**
__1st Alliance Group LLC__

**Creditor's mailing address**
__2875 Ne 191st St Ste 500__

__Miami, FL 33180-2832__

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____

**Describe debtor's property that is subject to a lien**
_____
_____

**Describe the lien**
__UCC__

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: **$38,796.39**     Column B: **unknown**

**Remarks:** Merchant Cash Advance

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          **$1,011,096.16**

| Debtor | **JAG Public Safety LLC** | Case number (if known) | **25-50692** |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.2** Creditor's name

**Ally Financial**

**Creditor's mailing address**

**PO Box 8102**

**Cockeysville, MD 21030**

**Creditor's email address, if known**

_____

Date debt was incurred       **2019**

Last 4 digits of account       __ __ __ __
number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2019 Chevrolet 3500HD                              **$8,579.91**              **$13,850.00**

**Describe the lien**

  **Vehicle Loan**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Remarks:** 2019, CHEVY, SILVERADO 3500HD, VIN# 8510

| Debtor | **JAG Public Safety LLC** | Case number (if known) | **25-50692** |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value<br>of collateral. | **Value of collateral<br>that supports this<br>claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| **2.3** | Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|---|
| | **Ally Financial** | 2019 Chevrolet 3500HD | **$9,825.41** | **$14,000.00** |

**Creditor's mailing address**

**PO Box 8102**

**Cockeysville, MD 21030**

**Describe the lien**

**Vehicle Loan**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

| Date debt was incurred | **2019** |
|---|---|

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Remarks:** 2019, CHEVY, SILVERADO 3500HD, VIN# 6190 .

| Debtor | **JAG Public Safety LLC** | | Case number (if known) | **25-50692** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| Part 1: | Additional Page | Column A | Column B |
| --- | --- | --- | --- |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A **Amount of claim** Do not deduct the value of collateral.

Column B **Value of collateral that supports this claim**

---

**2.4** **Creditor's name**

**Ally Financial**

**Creditor's mailing address**

**PO Box 8102**

**Cockeysville, MD 21030**

**Creditor's email address, if known**

**Date debt was incurred**      **2020**

**Last 4 digits of account number**     __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2019 Chevrolet 3500HD

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim:** **$14,038.89**

**Value of collateral:** **$15,000.00**

**Remarks:** 2019, CHEVY, SILVERADO 3500HD, VIN# 2085

| Debtor | JAG Public Safety LLC | Case number (if known) | 25-50692 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.5** Creditor's name

**Ally Financial**

Creditor's mailing address

**PO Box 8102**

**Cockeysville, MD 21030**

Creditor's email address, if known

_____

Date debt was incurred     **2018**

Last 4 digits of account number     __ __ __ __

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　_____
　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

2019 Chevrolet Silverado 3500HD

Describe the lien

**Vehicle Loan**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | Amount of claim | Value of collateral |
|---|---|---|
| 2019 Chevrolet Silverado 3500HD | $6,464.91 | $0.00 |

**Remarks:** 2019, CHEVY, SILVERADO 3500HD, VIN# 6266 - Wrecked and Inoperable

| Debtor | **JAG Public Safety LLC** | Case number (if known) | **25-50692** |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.6** **Creditor's name**

**Ally Financial**

**Creditor's mailing address**

**PO Box 8102**

**Cockeysville, MD 21030**

**Creditor's email address, if known**

_____

**Date debt was incurred**        **2019**

**Last 4 digits of account number**     __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2019 Chevrolet 4500HD                    **$29,651.54**    **$65,000.00**

**Describe the lien**

**Vehicle Loan**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Remarks:** 2019, CHEVY, 4500HD, VIN# 6652

| Debtor | JAG Public Safety LLC | Case number (if known) | 25-50692 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.7 Creditor's name**

Ally Financial

**Creditor's mailing address**

PO Box 8102

Cockeysville, MD 21030

**Creditor's email address, if known**

_____

**Date debt was incurred**    2020

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2020 Ford F250                    $24,136.53        $56,000.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | JAG Public Safety LLC | Case number (if known) | 25-50692 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.8** Creditor's name

**Ally Financial**

Creditor's mailing address

**PO Box 8102**

**Cockeysville, MD 21030**

Creditor's email address, if known

_____

Date debt was incurred     **2020**

Last 4 digits of account number     __ __ __ __

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** 2020, FORD, F350, VIN# 3340 .

Describe debtor's property that is subject to a lien

2020 Ford F350       **$16,038.39**    **$11,700.00**

Describe the lien

**Vehicle Loan**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor **JAG Public Safety LLC**

Name

Case number (if known) **25-50692**

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.9** **Creditor's name**

**Ally Financial**

**Creditor's mailing address**

**PO Box 8102**

**Cockeysville, MD 21030**

**Creditor's email address, if known**

_____

**Date debt was incurred** **2020**

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____
_____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** 2020, FORD, F350, VIN# 1321

**Describe debtor's property that is subject to a lien**

2020 Ford F350      $12,152.22      $12,560.00

**Describe the lien**

**Vehicle Loan**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | JAG Public Safety LLC | Case number (if known) | 25-50692 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.10** Creditor's name

**Ally Financial**

Creditor's mailing address

**PO Box 8102**

**Cockeysville, MD 21030**

Creditor's email address, if known

_____

Date debt was incurred          **2020**

Last 4 digits of account          **4  8  6  8**
number

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____
_____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** 2020, FORD, F350, VIN# 6623

Describe debtor's property that is subject to a lien

2020 Ford F350          **$12,630.59**          **$12,000.00**

Describe the lien

vehicle finance

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor **JAG Public Safety LLC**
_____
Name

Case number (if known) **25-50692**
_____

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.11** **Creditor's name**

**Ally Financial**

**Creditor's mailing address**

**PO Box 8102**

**Cockeysville, MD 21030**

**Creditor's email address, if known**

_____

**Date debt was incurred**        **2020**

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　　_____
　　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** 2020, FORD, F350, VIN# 2898

**Describe debtor's property that is subject to a lien**

2020 Ford F350

$16,754.07       $12,000.00

**Describe the lien**

**Vehicle Loan**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | **JAG Public Safety LLC** | | Case number (if known) **25-50692** |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | *Column B*<br>**Value of collateral<br>that supports this<br>claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.12** **Creditor's name**

**Ally Financial**

**Creditor's mailing address**

**PO Box 9001951**

**Louisville, KY 40290**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____**2020**_____

**Last 4 digits of account number** __ __ — __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　　_____

　　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** 2020, FORD, F350, VIN# 1322

**Describe debtor's property that is subject to a lien**

2020 Ford F350          **$16,913.41**          **$11,500.00**

**Describe the lien**

**Vehicle loan**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor **JAG Public Safety LLC**
_____
Name

Case number (if known) **25-50692**
_____

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.13** **Creditor's name**

**Ford Credit**

**Creditor's mailing address**

**Po Box 35910**

**Cleveland, OH 44135-0910**

**Creditor's email address, if known**

_____

**Date debt was incurred**          **2020**

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____
    _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** 2020, FORD, F350, VIN# 6508

**Describe debtor's property that is subject to a lien**

2020 Ford F350                                    **$8,869.41**          **$12,000.00**

**Describe the lien**

**Vehicle Loan**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | **JAG Public Safety LLC** | Case number (if known) | **25-50692** |
| | Name | | |

---

| **Part 1:** | Additional Page | | Column A | Column B |
| | | | **Amount of claim** | **Value of collateral** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A | Column B |
| | *Column A* | *Column B* |
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

---

**2.14** **Creditor's name**

**Ford Credit**

**Creditor's mailing address**

**Po Box 35910**

**Cleveland, OH 44135-0910**

**Creditor's email address, if known**

Date debt was incurred **2020**

Last 4 digits of account number ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** 2020, FORD, F350, VIN# 6500

**Describe debtor's property that is subject to a lien**

2020 Ford F350

**Describe the lien**

**Vehicle Loan**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$8,983.30**

Value of collateral: **$12,200.00**

---

| Debtor | **JAG Public Safety LLC** | Case number (if known) | **25-50692** |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.15** **Creditor's name**

**JP Morgan Chase**

**Describe debtor's property that is subject to a lien**

$166,050.32                     unknown

**Creditor's mailing address**

**P.O. Box 901076**

**Fort Worth, TX 76101**

**Describe the lien**

**UCC**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Date debt was incurred    **09/11/2024**

Last 4 digits of account    **2  1  3  9**
number

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Judgment awarded to Chase.

| Debtor | JAG Public Safety LLC | Case number (if known) | 25-50692 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.16** **Creditor's name**

**Milestone Bank**

**Creditor's mailing address**

**50 W Big Beaver Rd Ste 245**

**Troy, MI 48084-5290**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account**    **5 0 0 1**
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

       _____

       _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Previously LCA Bank Corporation

**Describe debtor's property that is subject to a lien**

Traffic Jet XPERT - LEASED

**Describe the lien**

**UCC**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$7,870.87      $0.00

| Debtor | **JAG Public Safety LLC** | Case number (if known) | **25-50692** |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|

<table>
<tr><td colspan="2">Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.</td><td>**Amount of claim**<br>Do not deduct the value of collateral.</td><td>**Value of collateral that supports this claim**</td></tr>
</table>

**2.17** Creditor's name

**Prosperum Capital**

Creditor's mailing address

**8 W 36th St 7th Floor**

**New York, NY 10018**

Creditor's email address, if known

_____

Date debt was incurred  _____

Last 4 digits of account  ___ ___ ___ ___
number

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Merchant Cash Advance

Describe debtor's property that is subject to a lien

_____

_____

_____

Describe the lien

**UCC**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Column A: **$101,517.88**

Column B: **unknown**

| Debtor | JAG Public Safety LLC | Case number (if known) | 25-50692 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.18 Creditor's name**

**River City Federal Credit Union**

**Creditor's mailing address**

**Po Box 681029**

**San Antonio, TX 78268-1029**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** __ __ __ __
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2018 Chevrolet Tahoe

**Describe the lien**

Vehicle

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| $980.00 | $16,500.00 |

| Debtor | JAG Public Safety LLC | | Case number (if known) 25-50692 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.19** **Creditor's name**

**U.S. Small Business
Administration (SBA) - All
Divisions**

**Describe debtor's property that is subject to a lien**

Column A: **$500,000.00**

Column B: **unknown**

**Describe the lien**

**UCC**

**Creditor's mailing address**

**Little Rock Commercial Loan
Servicing Center**

**2120 Riverfront Drive 100**

**Little Rock, AR 72202**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred** **01/01/2023**

**Last 4 digits of account
number** **8  1  0  8**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in
the same property?**

☑ No
☐ Yes. Have you already specified the
relative priority?

☐ No.  Specify each creditor, including
this creditor, and its relative
priority.

☐ Yes. The relative priority of creditors
is specified on lines _____

**Remarks:** EIDL

| Debtor | JAG Public Safety LLC | | |
|---|---|---|---|
| | Name | Case number (if known) | 25-50692 |

**Part 1:** Additional Page

| | Column A | Column B |
|---|---|---|
| | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.20** **Creditor's name**

**Unique Funding Solutions LLC**

**Describe debtor's property that is subject to a lien**

$10,842.12        unknown

**Creditor's mailing address**

**1915 Hollywood Blvd Suite 200A**

**Hollywood, FL 33020**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Date debt was incurred    **10/11/2023**

Last 4 digits of account number    **9  9  0  8**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Remarks:** Merchant Cash Advance

| Debtor | **JAG Public Safety LLC** | Case number (if known) **25-50692** |
|---|---|---|
| | Name | |

| **Part 2:** | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **David Fogel, P.C.**<br>**1225 Franklin Avenue 201**<br>**Garden City, NY 11530** | Line 2. **1** | ___ ___ ___ ___ |
| **Waddell Serafino Geary Rechner Jenevein, PC**<br>**1717 Main Street 25th Floor**<br>**Dallas, TX 75201** | Line 2. **15** | ___ ___ ___ ___ |
| **JP Morgan Chase Bank**<br>**Attn: Angelique Roman**<br>**Mail Code: AZ2-0100**<br>**PO Box 29550**<br>**Phoenix, AZ 85038** | Line 2. **15** | ___ ___ ___ ___ |
| **AWN&R Commercial Law Group, PLLC**<br>**Attn: Jeffrey Parrella, Esq.**<br>**14 Wall Street 20th Floor**<br>**New York, NY 10005** | Line 2. **17** | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

Debtor    **JAG Public Safety LLC**
_____
Name

Case number (if known) **25-50692** _____

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| _____ _____ _____ | Line 2. \_\_\_ | \_\_ \_\_ \_\_ \_\_ |

| Fill in this information to identify the case: |
|---|
| Debtor name **JAG Public Safety LLC** |
| United States Bankruptcy Court for the: **Western District of Texas** |
| Case number (if known): **25-50692** |

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Bexar County Tax Assesor - Collector**<br>**Po Box 839950**<br>**San Antonio, TX 78283-3950**<br><br>Date or dates debt was incurred<br>**11/06/2024**<br><br>Last 4 digits of account number **5  5  7  5**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the Claim:<br>_____<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | **$16,474.93** | **$16,474.93** |
| **2.2** Priority creditor's name and mailing address<br>**Texas Comptroller**<br>**111 E. 17th Street**<br>**Austin, TX 78774**<br><br>Date or dates debt was incurred<br>_____<br><br>Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>Basis for the Claim:<br>**Sales Tax**<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | **$252,002.22** | **$252,002.22** |

| Debtor | JAG Public Safety LLC | Case number *(if known)* | 25-50692 |
|---|---|---|---|
| | Name | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address

**American Express**

**Bankruptcy Unit**

**P.O Box 297817**

**Fort Lauderdale, NY 33329**

Date or dates debt was incurred

Last 4 digits of account number    **3  0  0  3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$14,915.07

---

**3.2** Nonpriority creditor's name and mailing address

**Balboa Capital Corporation**

**575 Anton Blvd 12th Floor**

**Costa Mesa, CA 92626**

Date or dates debt was incurred

Last 4 digits of account number    **0  7  6  0**

Remarks: 2017 Chevy Silverado VIN 3712 was repossessed.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Deficiency from
Basis for the claim:  **repossessed collateral**

Is the claim subject to offset?
☑ No
☐ Yes

$6,334.73

---

**3.3** Nonpriority creditor's name and mailing address

**Balboa Capital Corporation**

**575 Anton Blvd 12th Floor**

**Costa Mesa, CA 92626**

Date or dates debt was incurred

Last 4 digits of account number    **0  0  1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Deficiency from
Basis for the claim:  **repossessed collateral**

Is the claim subject to offset?
☑ No
☐ Yes

$19,702.97

---

**3.4** Nonpriority creditor's name and mailing address

**Blue Shield Traffic Control**

**105 Abrego Lake Dr**

**Floresville, TX 78114-6662**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☐ No
☑ Yes

$301,499.00

---

| Debtor | **JAG Public Safety LLC** | Case number *(if known)* | **25-50692** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.5** | Nonpriority creditor's name and mailing address

**Citibank/The Home Depot**

**Po Box 790040**

**Saint Louis, MO 63179-0040**

Date or dates debt was incurred _____

Last 4 digits of account number   **5   4   7   3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

$30,131.67

---

**3.6** | Nonpriority creditor's name and mailing address

**Dell Financial Services**

**PO Box 6403**

**Carol Stream, IL 60197**

Date or dates debt was incurred _____

Last 4 digits of account number   **4   6   2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$26,504.08

---

**3.7** | Nonpriority creditor's name and mailing address

**Firstnet**

**12201 Sunrise Valley Dr**

**Herndon, VA 20192-0002**

Date or dates debt was incurred _____

Last 4 digits of account number   **6   3   0   4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$4,516.68

---

**3.8** | Nonpriority creditor's name and mailing address

**Mobilease Inc.**

**3815 Dacoma St**

**Houston, TX 77092-8717**

Date or dates debt was incurred   **07/01/2021**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$324,782.45

**Remarks:**
Judgment awarded although the property was repossessed and resold. Mobilease did not credit Debtor's account for sale of repossessed items.

---

| Debtor | **JAG Public Safety LLC** | Case number *(if known)* | **25-50692** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.9** Nonpriority creditor's name and mailing address

**National Capital Negotiators**

**1501 Corporate Dr Ste 100**

**Boynton Beach, FL 33426-6654**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$37,567.26**

---

**3.10** Nonpriority creditor's name and mailing address

**Renhill Staffing Services of Texas**

**102 Rilla Vista Dr**

**San Antonio, TX 78216-7664**

Date or dates debt was incurred   **09/29/2021**

Last 4 digits of account number ___ ___ ___ ___

**Remarks:**
Currently have paid $116,100. Remaining balance of $8,100.00 however Renhill is charging a factoring fee of $170,615.00 which is being disputed.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:   **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$125,000.00**

---

**3.11** Nonpriority creditor's name and mailing address

**River City Federal Credit Union**

**Po Box 681029**

**San Antonio, TX 78268-1029**

Date or dates debt was incurred   **2018**

Last 4 digits of account number ___ ___ ___ ___

**Remarks:** Judgement awarded.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$93,805.60**

---

**3.12** Nonpriority creditor's name and mailing address

**Street Smart Rentals**

**3404 N Bagdad Rd Ste A**

**Leander, TX 78641-4561**

Date or dates debt was incurred _____

Last 4 digits of account number   **3   9   0   4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$46,612.86**

---

| Debtor | JAG Public Safety LLC | Case number *(if known)* | 25-50692 |
| --- | --- | --- | --- |
| | Name | | |

<table>
<tr><td colspan="2" style="background:black;color:white"><b>Part 3:</b></td><td colspan="2">List Others to Be Notified About Unsecured Claims</td></tr>
</table>

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |
| 4.1 **Hayden & Cunningham, PLLC Attorneys at Law** <br> **7750 Broadway** <br> **San Antonio, TX 78209-3244** | Line **3.4** <br> ☐ Not listed. Explain | __ __ __ __ |
| 4.2 **Law Offices of Syl Mauro** <br> **12451 Starcrest Dr Ste 100** <br> **San Antonio, TX 78216-2988** | Line **3.11** <br> ☐ Not listed. Explain | __ __ __ __ |
| 4.3 **McCarthy, Burgess & Wolff** <br> **2600 Cannon Rd** <br> **Bedford, OH 44146** | Line **3.5** <br> ☐ Not listed. Explain | __ __ __ __ |
| 4.4 **Watkins & Watkins** <br> **24 Greenway Plz Ste 1710** <br> **Houston, TX 77046-2423** | Line **3.8** <br> ☐ Not listed. Explain | __ __ __ __ |

| Debtor | **JAG Public Safety LLC** | | Case number *(if known)* | **25-50692** |
|---|---|---|---|---|
| | Name | | | |

---

**Part 4:**  Total Amounts of the Priority and Nonpriority Unsecured Claims

---

5.  **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$268,477.15** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$1,031,372.37** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$1,299,849.52** |

Fill in this information to identify the case:

Debtor name _____ **JAG Public Safety LLC** _____

United States Bankruptcy Court for the:

_____ **Western District of Texas** _____

Case number (if known): _____ **25-50692** _____   Chapter __**11**__

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.   Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2.   List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease** | **Iota, LLC** |
| | | **Contract to be ASSUMED** | **Keith Cawford** |
| | State the term remaining | **0 months** | **401 E. 2nd Street** |
| | List the contract number of any government contract | | **Lampasas, TX 76550** |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease - Traffic Jet XPERT** | **Milestone Bank** |
| | | **Contract to be ASSUMED** | **50 W Big Beaver Rd Ste 245** |
| | State the term remaining | **0 months** | **Troy, MI 48084-5290** |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name **JAG Public Safety LLC**

United States Bankruptcy Court for the: **Western** District of **Texas**
(State)

Case number (If known): **25-50692**

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 **Lucio Gonzalez** | **2134 W Kings Hwy** Street | **JP Morgan Chase** | ☑ D ☐ E/F ☐ G |
| | **San Antonio, TX 78201-4801** City State ZIP Code | **Mobilease Inc.** | ☐ D ☑ E/F ☐ G |
| | | **Iota, LLC** | ☐ D ☐ E/F ☑ G |
| | | **1st Alliance Group LLC** | ☑ D ☐ E/F ☐ G |
| 2.2 | Street / City State ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.3 | Street / City State ZIP Code | | ☐ D ☐ E/F ☐ G |

| Debtor | **JAG Public Safety LLC** | Case number (if known) | **25-50692** |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.4 | | | | ❑ D |
| | | Street | | ❑ E/F |
| | | | | ❑ G |
| | | City          State          ZIP Code | | |
| 2.5 | | | | ❑ D |
| | | Street | | ❑ E/F |
| | | | | ❑ G |
| | | City          State          ZIP Code | | |
| 2.6 | | | | ❑ D |
| | | Street | | ❑ E/F |
| | | | | ❑ G |
| | | City          State          ZIP Code | | |

**Fill in this information to identify the case:**

Debtor name **JAG Public Safety LLC**

United States Bankruptcy Court for the:
**Western District of Texas**

Case number (if known): **25-50692**      Chapter **11**

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*.......................................................................................... **$0.00**

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*....................................................................................... **$1,046,777.10**

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*.......................................................................................... **$1,046,777.10**

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................. **$1,011,096.16**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................................... **$268,477.15**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................................................... **+ $1,031,372.37**

4. **Total liabilities**................................................................................................................................. **$2,310,945.68**

   Lines 2 + 3a + 3b

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **JAG Public Safety LLC** |
| United States Bankruptcy Court for the: | **Western District of Texas** |
| Case number (if known): | **25-50692** |

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

### Part 1:  Income

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2025**<br>MM/ DD/ YYYY | to   Filing date | ☑ Operating a business<br>☐ Other _____ | **$804,996.80** |
| For prior year: | From **01/01/2024**<br>MM/ DD/ YYYY | to  **12/31/2024**<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$4,015,558.32** |
| For the year before that: | From **01/01/2023**<br>MM/ DD/ YYYY | to  **12/31/2023**<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$3,209,887.93** |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2025**<br>MM/ DD/ YYYY | to   Filing date | _____ | _____ |
| For prior year: | From **01/01/2024**<br>MM/ DD/ YYYY | to  **12/31/2024**<br>MM/ DD/ YYYY | _____ | _____ |
| For the year before that: | From **01/01/2023**<br>MM/ DD/ YYYY | to  **12/31/2023**<br>MM/ DD/ YYYY | _____ | _____ |

Debtor 25-50692-mmp  Doc#19  Filed 04/01/25  Entered 04/01/25 16:25:38  Main Document  Pg 48 of
62
      JAG Public Safety LLC                                        Case number (if known)   25-50692
           Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.**    **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Plastic ade** <br> Creditor's name <br> **100 Howard Ave** <br> Street <br><br> **Des Plaines, IL 60018-1958** <br> City          State      ZIP Code | | **$15,449.20** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☑ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.2. **Imperial Insurance** <br> Creditor's name <br> **1055 Broadway Blvd Fl 11** <br> Street <br><br> **Kansas City, MO 64105-1575** <br> City          State      ZIP Code | **01/23/2025** <br><br> **03/05/2025** | **$54,180.89** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☑ Services <br> ☐ Other _____ |
| 3.3. **Texas Comptroller** <br> Creditor's name <br> **111 E. 17th Street** <br> Street <br><br> **Austin, TX 78774** <br> City          State      ZIP Code | **02/21/2025** | **$9,439.25** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other **Sales Taxes** |
| 3.4. **Blue Cross Blue Shield of Texas** <br> Creditor's name <br> **1001 E Lookout Drive** <br> Street <br><br> **Richardson, TX 75082** <br> City          State      ZIP Code | | **$32,038.54** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☑ Services <br> ☐ Other _____ |
| 3.5. **KMCL** <br> Creditor's name <br> **13240 Pond Springs Rd** <br> Street <br><br> **Austin, TX 78729-7103** <br> City          State      ZIP Code | | **$30,750.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other **Lease payment** |

Debtor **JAG Public Safety LLC**    Case number *(if known)* **25-50692**
Name

| 3.6. | **Bone Safety** | **01/23/2025** | **$19,380.00** | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | **5450 Industrial Way** | _____ | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | _____ | _____ | | ☑ Other **Equipment** |
| | **Alpharetta, GA 30004** | | | |
| | City   State   ZIP Code | | | |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
| --- | --- | --- | --- |
| 4.1. _____ | _____ | _____ | _____ |
| Creditor's name | | | |
| _____ | _____ | | _____ |
| Street | | | |
| _____ | _____ | | _____ |
| City   State   ZIP Code | | | |
| **Relationship to debtor** | | | |
| _____ | | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
| --- | --- | --- | --- |
| 5.1. **Mobilease** | **2020 Chevrolet 5500 Lease No. 1222904** | _____ | **$119,041.42** |
| Creditor's name | | | |
| **3815 Dacoma St** | | | |
| Street | | | |
| **Houston, TX 77092-8717** | | | |
| City   State   ZIP Code | | | |
| 5.2. **Mobilease** | **2020 Chevrolet 5500 Lease No. 1222905** | _____ | _____ |
| Creditor's name | | | |
| **3815 Dacoma St** | | | |
| Street | | | |
| **Houston, TX 77092-8717** | | | |
| City   State   ZIP Code | | | |

| Debtor | JAG Public Safety LLC | Case number *(if known)* | 25-50692 |
|---|---|---|---|
| | Name | | |

**5.3.** **Mobilease**
Creditor's name

**3815 Dacoma St**
Street



**Houston, TX 77092-8717**
City          State    ZIP Code

**2020 Chevrolet 5500XD Lease No.**
**12229-02**

**5.4.** **Mobilease**
Creditor's name

**3815 Dacoma St**
Street



**Houston, TX 77092-8717**
City          State    ZIP Code

**2020 Chevrolet 5500XD Lease No.**
**12229-01**

**5.5.** **Mobilease**
Creditor's name

**3815 Dacoma St**
Street



**Houston, TX 77092-8717**
City          State    ZIP Code

**HP LATEX R1000 PLUS PRINTER Lease**
**No. 12229-06**

**5.6.** **Balboa Capital Corporation**
Creditor's name

**575 Anton Blvd 12th Floor**
Street



**Costa Mesa, CA 92626**
City          State    ZIP Code

**2017 Chevrolet Silverado VIN 3712**

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **6.1.** _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State    ZIP Code | _____<br><br>XXXX–__ __ __ __ | _____ | _____ |

## Part 3: Legal Actions or Assignments

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

Debtor    25-50692-mmp   Doc#19   Filed 04/01/25   Entered 04/01/25 16:25:38   Main Document    Pg 51 of
   JAG Public Safety LLC     62     Case number *(if known)*    25-50692

Name

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **JPMorgan Chase Bank, N.A. vs JAG Public Safety LLC and Lucio Gonzalez** | **Breach of Contract** | **Bexar County Civil District Court** <br> Name <br> **100 Dolorosa** <br> Street <br> **Attn: Clerk** <br> **San Antonio, TX 78205-3038** <br> City   State   ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | **Case number** <br> **2023CI02139** | | | |
| 7.2. | **Mobilease, Inc. v JAG Public LLC, and Lucio L. Gonzalez** | **Breach of contract.** | **Harris County 157th District Court** <br> Name <br> **201 Caroline St Fl 11** <br> Street <br> **Houston, TX 77002-1901** <br> City   State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> **2023-18312** | | | |
| 7.3. | **1st Alliance Group, LLC v JAG Public Safety LLC and Lucio Gonzalez** | **Breach of contract.** | **Supreme Court of the State of New York County of Monroe** <br> Name <br> **99 Exchange Blvd** <br> Street <br> **Hall of Justice 5th Floor, Room 545** <br> **Rochester, NY 14614-2112** <br> City   State   ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | **Case number** <br> **E2024005223** | | | |
| 7.4. | **River City Federal Credit Union v JAG Public Safety LLC and Lucio Gonzales** | **Breach of contract** | **Bexar County Courthouse - County Court 10** <br> Name <br> **100 Dolorosa Bsmt** <br> Street <br> **San Antonio, TX 78205-3038** <br> City   State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> **2022CV02726** | | | |
| 7.5. | **Blue Shield Traffic Control Services, LLC; Julio Martinez; Susy Martinez v JAG Public Safety, LLC; Lucio Gonzalez** | **Breach of contract.** | **81st District Court** <br> Name <br> **1405 Campbell Avenue** <br> Street <br> **Attn: Clerk** <br> **Jourdanton, TX 78026** <br> City   State   ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | **Case number** <br> **2024CI05876** | | | |
| 7.6. | **Prosperum Capital Partners LLC d/b/a Arsenal Funding** | **Breach of contract** | **Supreme Court of the State of New York County of Monroe** <br> Name <br> **99 Exchange Blvd** <br> Street <br> **Hall of Justice 5th Floor, Room 545** <br> **Rochester, NY 14614-2112** <br> City   State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> **E2024007813** | | | |

Name

| 7.7. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Wynwood Capital Group LLC v Jag Public Safety LLC, MG Famil y Properties, LLC, JAG Public Safety Austin Division, LLC, and Lucio Gonzalez** | **Breach of contract.** | **Supreme Court of the State of New York County of Kings** <br> Name <br> **360 Adams St 4** <br> Street <br><br> **Brooklyn, NY 11201** <br> City    State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |

| Case number |
|---|
| **508062/2024** |

**8.**   **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name <br><br> Street <br><br><br> City    State    ZIP Code | **Case title** <br><br> **Case number** <br><br> **Date of order or assignment** | **Court name and address** <br> Name <br> Street <br><br> City    State    ZIP Code |

---

**Part 4:**   Certain Gifts and Charitable Contributions

**9.**   **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Recipient's name <br><br> Street <br><br><br> City    State    ZIP Code <br><br> **Recipient's relationship to debtor** | | | |

---

**Part 5:**   Certain Losses

**10.**   **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

Debtor  **JAG Public Safety LLC** _____ Case number *(if known)* **25-50692**
     Name

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. _____ | _____ | _____ | _____ |

---

### Part 6:  Certain Payments or Transfers

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **The Lane Law Firm** | **Attorney's Fees** | **12/11/2024** | **$5,000.00** |
| **Address** | **Attorney's Fees** | **1/3/2025** | **$10,000.00** |
| **6200 Savoy Suite 1150**<br>Street | **Attorney's Fees** | **2/3/2025** | **$10,000.00** |
| | **Attorney's Fees** | **3/3/2025** | **$10,000.00** |
| **Houston, TX 77036**<br>City          State     ZIP Code | | | |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

**12.  Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| **Trustee** | | | |
| _____ | | | |

| Debtor | JAG Public Safety LLC | Case number (if known) | 25-50692 |
|---|---|---|---|
| | Name | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City            State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:** Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | _____ | From _____ To _____ |
| | Street | |
| | _____ | |
| | City            State    ZIP Code | |

---

**Part 8:** Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

Name

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1. _____    _____    _____

Facility name

_____

Street                                    **Location where patient records are maintained** (if different from    **How are records kept?**
                                          facility address). If electronic, identify any service provider.

_____    _____    *Check all that apply:*

City            State    ZIP Code                                                    ☐ Electronically

_____    ☐ Paper

---

## Part 9:  Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|

_____    EIN: _ _ _ _ _ _ _ _ _

Has the plan been terminated?

☐ No

☐ Yes

---

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____ Name | XXXX–_ _ _ _ | ☐ Checking | _____ | _____ |
|  |  | ☐ Savings |  |  |
| _____ Street |  | ☐ Money market |  |  |
|  |  | ☐ Brokerage |  |  |
| _____ |  | ☐ Other |  |  |
| City        State    ZIP Code |  | _____ |  |  |

Debtor  **JAG Public Safety LLC**                                           Case number (if known)    **25-50692**
_____
Name

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State     ZIP Code | | | |

**20.  Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State     ZIP Code | | | |

---

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| | | | |
| City          State     ZIP Code | | | |

---

**Part 12:**  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| **Case number** | Name _____ | _____ | ☐ On appeal |
| | Street _____ | _____ | ☐ Concluded |
| _____ | _____ | _____ | |
| | City        State    ZIP Code | _____ | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Name _____ | Name _____ | _____ | |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City        State    ZIP Code | City        State    ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Name _____ | Name _____ | _____ | |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City        State    ZIP Code | City        State    ZIP Code | | |

## Part 13:  Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor  **JAG Public Safety LLC** _____  Case number *(if known)* _____**25-50692**___
       Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.1.  _____          _____          EIN: __ __ – __ __ __ __ __ __ __
       Name

       _____                                       | Dates business existed |
       Street

       _____                                       From _____  To _____

       _____
       City        State    ZIP Code

**26. Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐None

| Name and address | Dates of service |
|---|---|

26a.1.  **Roy Alvarado** _____          From **01/01/2014** To **Present** ___
        Name

        **8521 Blanco Rd Ste 2 Pmb 175** _____
        Street

        _____
        **San Antonio, TX 78216-3069** _____
        City               State        ZIP Code

| Name and address | Dates of service |
|---|---|

26a.2.  **Fred Flores CPA** _____          From **2013** ___ To **Present** ___
        Name

        **13018 Jones Maltsberger Rd Ste 102** _____
        Street

        _____
        **San Antonio, TX 78247-4378** _____
        City               State        ZIP Code

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐None

| Name and address | Dates of service |
|---|---|

26b.1.  **Roy Alvarado** _____          From **01/01/2014** To **Present** ___
        Name

        **8521 Blanco Rd Ste 2 Pmb 175** _____
        Street

        _____
        **San Antonio, TX 78216-3069** _____
        City               State        ZIP Code

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐None

JAG Public Safety LLC
Name

Case number *(if known)* 25-50692

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Lucio Gonzalez** Name | |
| **2134 W Kings Hwy** Street | |
| **San Antonio, TX 78201-4801** City State ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. |
| Name |
| Street |
| City State ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| Name |
| Street |
| City State ZIP Code |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Lucio Gonzalez** | **2134 W Kings Hwy San Antonio, TX 78201-4801** | **Member,** | **100.00%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|

From _____

To _____

### 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. **Lucio Gonzalez**<br>Name<br>**2134 W Kings Hwy**<br>Street<br><br>**San Antonio, TX 78201-4801**<br>City                State        ZIP Code<br><br>Relationship to debtor | **$6,243.87** | | **Salary for running the business.** |

### 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| | EIN:  _ _ – _ _ _ _ _ _ _ |

### 32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|
| | EIN:  _ _ – _ _ _ _ _ _ _ |

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **04/01/2025**
                  MM/  DD/  YYYY

X **/s/ Lucio Gonzalez**                          Printed name          **Lucio Gonzalez**
Signature of individual signing on behalf of the debtor

Debtor **JAG Public Safety LLC**                                    Case number *(if known)* **25-50692**
      Name

Position or relationship to debtor                **President**


**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No

☐ Yes

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page **15**

Fill in this information to identify the case:

Debtor name **JAG Public Safety LLC**

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (if known): **25-50692**

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑  *Schedule H: Codebtors* (Official Form 206H)

☑  *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐  *Amended Schedule* _____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **04/01/2025**
             MM/  DD/  YYYY

X **/s/ Lucio Gonzalez** _____
Signature of individual signing on behalf of debtor

**Lucio Gonzalez** _____
Printed name

**President** _____
Position or relationship to debtor