**Fill in this information to identify the case:**

Debtor name __JAG Public Safety LLC__

United States Bankruptcy Court for the: _____**Western**_____  District of _____**Texas**_____
(State)

Case number (if known): __25-50692__

☑ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
| --- | --- | --- | --- |

**2.1**

**Creditor's name**
1st Alliance Group LLC

**Describe debtor's property that is subject to a lien**

$38,796.39 | unknown

**Creditor's mailing address**
2875 Ne 191st St Ste 500

Miami, FL 33180-2832

**Describe the lien**
UCC

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Remarks:** Merchant Cash Advance

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$1,064,075.17

| | |
|---|---|
| Debtor **JAG Public Safety LLC** | Case number (if known) **25-50692** |
| Name | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value<br>of collateral. | **Value of collateral<br>that supports this<br>claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.2** **Creditor's name**

**Ally Financial**

**Creditor's mailing address**

**PO Box 8102**

**Cockeysville, MD 21030**

**Creditor's email address, if known**

Date debt was incurred **2019**

Last 4 digits of account number ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines ___

**Remarks:** 2019, CHEVY, SILVERADO 3500HD, VIN# 8510

**Describe debtor's property that is subject to a lien**

2019 Chevrolet 3500HD      **$8,579.91**      **$13,850.00**

**Describe the lien**

**Vehicle Loan**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | **JAG Public Safety LLC** | Case number (if known) | **25-50692** |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|---|

**2.3** **Creditor's name**

**Ally Financial**

**Creditor's mailing address**

**PO Box 8102**

**Cockeysville, MD 21030**

**Creditor's email address, if known**

_____

**Date debt was incurred**        **2019**

**Last 4 digits of account number**        __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2019 Chevrolet 3500HD

**Describe the lien**

**Vehicle Loan**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | $9,825.41 | $14,000.00 |
|---|---|---|

**Remarks:** 2019, CHEVY, SILVERADO 3500HD, VIN# 6190 .

| Debtor | **JAG Public Safety LLC** | Case number (if known) __25-50692__ |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.4** **Creditor's name**

**Ally Financial**

**Creditor's mailing address**

**PO Box 8102**

**Cockeysville, MD 21030**

**Creditor's email address, if known**

_____

**Date debt was incurred**          __2020__

**Last 4 digits of account number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2019 Chevrolet 3500HD                              **$14,038.89**          **$15,000.00**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Remarks:** 2019, CHEVY, SILVERADO 3500HD, VIN# 2085

| Debtor | **JAG Public Safety LLC** | Case number (if known) | **25-50692** |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** — Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

---

**2.5** **Creditor's name**

Ally Financial

**Creditor's mailing address**

PO Box 8102

Cockeysville, MD 21030

**Creditor's email address, if known**

_____

**Date debt was incurred** 2018

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2019 Chevrolet Silverado 3500HD

**Describe the lien**

Vehicle Loan

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim:** $6,464.91

**Value of collateral:** $0.00

**Remarks:** 2019, CHEVY, SILVERADO 3500HD, VIN# 6266 - Wrecked and Inoperable

| Debtor | **JAG Public Safety LLC** | Case number (if known) | **25-50692** |
| --- | --- | --- | --- |
| | Name | | |

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
| --- | --- | --- | --- | --- |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.6** Creditor's name

**Ally Financial**

Creditor's mailing address

**PO Box 8102**

**Cockeysville, MD 21030**

Creditor's email address, if known

_____

Date debt was incurred          **2019**

Last 4 digits of account     __ __ __ __
number

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes. Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including
this creditor, and its relative
priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors
is specified on lines _____

**Remarks:** 2019, CHEVY, 4500HD, VIN# 6652

**Describe debtor's property that is subject to a lien**

2019 Chevrolet 4500HD                                    **$29,651.54**          **$65,000.00**

**Describe the lien**

  **Vehicle Loan**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | JAG Public Safety LLC | Case number (if known) | 25-50692 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.7** **Creditor's name**

Ally Financial

**Creditor's mailing address**

PO Box 8102

Cockeysville, MD 21030

**Creditor's email address, if known**

_____

**Date debt was incurred**       2020

**Last 4 digits of account number**       __  __  __  __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　　_____

　　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2020 Ford F250                               $24,136.53          $56,000.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | **JAG Public Safety LLC** | Case number (if known) | **25-50692** |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column A | Column B |
|---|---|
| **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.8** **Creditor's name**

**Ally Financial**

**Creditor's mailing address**

**PO Box 8102**

**Cockeysville, MD 21030**

**Creditor's email address, if known**

_____

Date debt was incurred          **2020**

Last 4 digits of account         ___ ___ ___ ___
number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the
relative priority?

☐ No. Specify each creditor, including
this creditor, and its relative
priority.

_____

_____

☐ Yes. The relative priority of creditors
is specified on lines _____

**Remarks:** 2020, FORD, F350, VIN# 3340 .

**Describe debtor's property that is subject to a lien**

2020 Ford F350

**Describe the lien**

**Vehicle Loan**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| $16,038.39 | $11,700.00 |

| Debtor | **JAG Public Safety LLC** | Case number (if known) | **25-50692** |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.9** **Creditor's name**

**Ally Financial**

**Describe debtor's property that is subject to a lien**

2020 Ford F350

$12,152.22

$12,560.00

**Creditor's mailing address**

**PO Box 8102**

**Cockeysville, MD 21030**

**Describe the lien**

**Vehicle Loan**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**   **2020**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Remarks:** 2020, FORD, F350, VIN# 1321

| Debtor | **JAG Public Safety LLC** | Case number (if known) __25-50692__ |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.10** **Creditor's name**

**Ally Financial**

**Describe debtor's property that is subject to a lien**

2020 Ford F350

Amount of claim: **$12,630.59**   Value of collateral: **$12,000.00**

**Creditor's mailing address**

**PO Box 8102**

**Cockeysville, MD 21030**

**Describe the lien**

vehicle finance

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Date debt was incurred**      **2020**

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**   **4  8  6  8**

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No.  Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** 2020, FORD, F350, VIN# 6623

Debtor  **JAG Public Safety LLC**
_____
Name

Case number (if known)  **25-50692**
_____

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.11** **Creditor's name**

**Ally Financial**

**Describe debtor's property that is subject to a lien**

2020 Ford F350

$16,754.07

$12,000.00

**Creditor's mailing address**

**PO Box 8102**

**Cockeysville, MD 21030**

**Describe the lien**

**Vehicle Loan**

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**     **2020**

**Last 4 digits of account number**     __ __ __ __

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Remarks:** 2020, FORD, F350, VIN# 2898

Debtor  **JAG Public Safety LLC**  Case number (if known) __25-50692__
Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

| | | **Amount of claim**<br>Do not deduct the value<br>of collateral. | **Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.12** **Creditor's name**

**Ally Financial**

**Creditor's mailing address**

PO Box 9001951

Louisville, KY 40290

**Creditor's email address, if known**

_____

**Date debt was incurred**      **2020**

**Last 4 digits of account**   __ __ __ __
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** 2020, FORD, F350, VIN# 1322

**Describe debtor's property that is subject to a lien**

2020 Ford F350                                    **$16,913.41**          **$11,500.00**

**Describe the lien**

Vehicle loan

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | **JAG Public Safety LLC** | Case number (if known) | **25-50692** |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.13** **Creditor's name**

**Bexar County Tax Assesor - Collector**

**Describe debtor's property that is subject to a lien**

**$40,220.23**    **unknown**

**Creditor's mailing address**

**Po Box 839950**

**San Antonio, TX 78283-3950**

**Describe the lien**

**Tax Lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    **11/06/2024**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**    **5  5  7  5**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Remarks:** 2023-2025 ad valorem tax

| Debtor | JAG Public Safety LLC | Case number (if known) | 25-50692 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.14** **Creditor's name**

First Citizens Bank & Trust

**Creditor's mailing address**

PO Box 593007

San Antonio, TX 78259

**Creditor's email address, if known**

_____

Date debt was incurred       3/25/19

Last 4 digits of account       4  0  6  6
number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2002 International 4300

**Describe the lien**

Title Lien

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim:** $12,758.78

**Value of collateral:** $12,500.00

Debtor   **JAG Public Safety LLC**

Name

Case number (if known)   **25-50692**

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.15** Creditor's name

**Ford Credit**

**Creditor's mailing address**

**Po Box 35910**

**Cleveland, OH 44135-0910**

**Creditor's email address, if known**

Date debt was incurred     **2020**

Last 4 digits of account number   __ __ __ __

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2020 Ford F350

**$8,869.41** | **$12,000.00**

**Describe the lien**

**Vehicle Loan**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Remarks:** 2020, FORD, F350, VIN# 6508

| Debtor | **JAG Public Safety LLC** | | Case number (if known) **25-50692** |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.16** **Creditor's name**

**Ford Credit**

**Creditor's mailing address**

**Po Box 35910**

**Cleveland, OH 44135-0910**

**Creditor's email address, if known**

**Date debt was incurred**        **2020**

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** 2020, FORD, F350, VIN# 6500

**Describe debtor's property that is subject to a lien**

2020 Ford F350

**Describe the lien**

**Vehicle Loan**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$8,983.30**    **$12,200.00**

| Debtor | **JAG Public Safety LLC** | Case number (if known) | **25-50692** |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

| | | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.17** **Creditor's name**

**JP Morgan Chase**

**Describe debtor's property that is subject to a lien**

| | $166,050.32 | unknown |

**Creditor's mailing address**

**P.O. Box 901076**

**Fort Worth, TX 76101**

**Describe the lien**

**UCC**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**  **09/11/2024**

**Last 4 digits of account number**  **2  1  3  9**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Remarks:** Judgment awarded to Chase.

| Debtor | **JAG Public Safety LLC** | | Case number (if known) | **25-50692** |
|---|---|---|---|---|
| | Name | | | |

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.18** **Creditor's name**

**Milestone Bank**

**Creditor's mailing address**

**50 W Big Beaver Rd Ste 245**

**Troy, MI 48084-5290**

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** **5  0  0  1**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Previously LCA Bank Corporation

**Describe debtor's property that is subject to a lien**

Traffic Jet XPERT - LEASED

**$7,870.87**

**$0.00**

**Describe the lien**

**UCC**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | **JAG Public Safety LLC** | Case number (if known) **25-50692** |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.19** Creditor's name

**Prosperum Capital**

Describe debtor's property that is subject to a lien

**$101,517.88**  **unknown**

Creditor's mailing address

**8 W 36th St 7th Floor**

**New York, NY 10018**

Describe the lien

**UCC**

Creditor's email address, if known

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Date debt was incurred _____

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____
_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Remarks:** Merchant Cash Advance

| Debtor | **JAG Public Safety LLC** | Case number (if known) | **25-50692** |
|--------|---------------------------|------------------------|--------------|
| | Name | | |

| **Part 1:** | Additional Page | | Column A | Column B |
|-------------|-----------------|--|----------|----------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.20** **Creditor's name**

**River City Federal Credit Union**

**Creditor's mailing address**

**Po Box 681029**

**San Antonio, TX 78268-1029**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2018 Chevrolet Tahoe

**Describe the lien**

**Vehicle**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$980.00**

**$16,500.00**

| Debtor | JAG Public Safety LLC | Case number (if known) | 25-50692 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.21** Creditor's name

**U.S. Small Business Administration (SBA) - All Divisions**

Creditor's mailing address

**Little Rock Commercial Loan Servicing Center**

**2120 Riverfront Drive 100**

**Little Rock, AR 72202**

Creditor's email address, if known

Date debt was incurred    **01/01/2023**

Last 4 digits of account number    **8  1  0  8**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** EIDL

Describe debtor's property that is subject to a lien

_____

_____

Describe the lien

**UCC**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$500,000.00**

Column B: **unknown**

| Debtor | **JAG Public Safety LLC** | Case number (if known) | **25-50692** |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.22** **Creditor's name**

**Unique Funding Solutions LLC**

**Creditor's mailing address**

**1915 Hollywood Blvd Suite 200A**

**Hollywood, FL 33020**

**Creditor's email address, if known**

Date debt was incurred    **10/11/2023**

Last 4 digits of account    **9  9  0  8**
number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Merchant Cash Advance

**Describe debtor's property that is subject to a lien**

$10,842.12    |    unknown

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

| Debtor | **JAG Public Safety LLC** | Case number (if known) **25-50692** |
|---|---|---|
| | Name | |

| **Part 2:** | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **David Fogel, P.C.**<br>**1225 Franklin Avenue 201**<br>**Garden City, NY 11530** | Line 2. **1** | ___ ___ ___ ___ |
| **Waddell Serafino Geary Rechner Jenevein, PC**<br>**1717 Main Street 25th Floor**<br>**Dallas, TX 75201** | Line 2. **17** | ___ ___ ___ ___ |
| **JP Morgan Chase Bank**<br>**Attn: Angelique Roman**<br>**Mail Code: AZ2-0100**<br>**PO Box 29550**<br>**Phoenix, AZ 85038** | Line 2. **17** | ___ ___ ___ ___ |
| **AWN&R Commercial Law Group, PLLC**<br>**Attn: Jeffrey Parrella, Esq.**<br>**14 Wall Street 20th Floor**<br>**New York, NY 10005** | Line 2. **19** | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

Debtor    **JAG Public Safety LLC**
_____
Name

Case number (if known)  **25-50692**
_____

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| _____ _____ _____ | Line 2. ___ | __ __ __ __ |

| Fill in this information to identify the case: |
| --- |

| Debtor name | **JAG Public Safety LLC** |
| --- | --- |
| United States Bankruptcy Court for the: | |
| | **Western District of Texas** |
| Case number (if known): | **25-50692** |

☑ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$252,002.22** | **$252,002.22** |

**Texas Comptroller**

**111 E. 17th Street**

**Austin, TX 78774**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**Basis for the Claim:**
**Sales Tax**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2** | Priority creditor's name and mailing address
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | **JAG Public Safety LLC** | | Case number *(if known)* | **25-50692** |
|---|---|---|---|---|
| | Name | | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address

**Aaron Andrade**

**1360 W County Line Rd 10304**

**New Braunfels, TX 78130**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: uniformed officers and critical vendors

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$410.00**

---

**3.2** | Nonpriority creditor's name and mailing address

**Adelaida Tellez**

**10422 Royal Estate**

**San Antonio, TX 78245**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: uniformed officers and critical vendors

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$420.00**

---

**3.3** | Nonpriority creditor's name and mailing address

**American Express**

**Bankruptcy Unit**

**P.O Box 297817**

**Fort Lauderdale, NY 33329**

Date or dates debt was incurred _____

Last 4 digits of account number **3  0  0  3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$14,915.07**

---

**3.4** | Nonpriority creditor's name and mailing address

**Andy Ruiz**

**13702 Grapeland Gap**

**San Antonio, TX 78254**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: uniformed officers and critical vendors

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$160.00**

| Debtor | **JAG Public Safety LLC** | Case number *(if known)* | **25-50692** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong> Additional Page</td></tr>
</table>

---

**3.5** Nonpriority creditor's name and mailing address

**Anthony Jasso**

**22718 Llano Sound**

**San Antonio, TX 78258**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: uniformed officers and critical vendors

As of the petition filing date, the claim is: $240.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

**Balboa Capital Corporation**

**575 Anton Blvd 12th Floor**

**Costa Mesa, CA 92626**

Date or dates debt was incurred _____

Last 4 digits of account number **0 7 6 0**

Remarks: 2017 Chevy Silverado VIN 3712 was repossessed.

As of the petition filing date, the claim is: $6,334.73
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Deficiency from
Basis for the claim: **repossessed collateral**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address

**Balboa Capital Corporation**

**575 Anton Blvd 12th Floor**

**Costa Mesa, CA 92626**

Date or dates debt was incurred _____

Last 4 digits of account number **0 0 1 __**

As of the petition filing date, the claim is: $19,702.97
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Deficiency from
Basis for the claim: **repossessed collateral**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

**Blue Shield Traffic Control**

**105 Abrego Lake Dr**

**Floresville, TX 78114-6662**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $301,499.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☐ No
☑ Yes

---

| Debtor | **JAG Public Safety LLC** | Case number *(if known)* | **25-50692** |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.9** | Nonpriority creditor's name and mailing address

**Carla Valdez**

**906 Avenue R**

**Del Rio, TX 78840**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: uniformed officers and critical vendors

As of the petition filing date, the claim is: $200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address

**Christopher Trevino**

**211 Fairmont**

**San Antonio, TX 78204**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: Uniformed Officers and critical vendors

As of the petition filing date, the claim is: $670.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address

**Citibank/The Home Depot**

**Po Box 790040**

**Saint Louis, MO 63179-0040**

Date or dates debt was incurred _____

Last 4 digits of account number **5 4 7 3**

As of the petition filing date, the claim is: $30,131.67
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address

**Damian Guerra**

**6973 Dorato Ridge**

**San Antonio, TX 78223**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: Uniformed Officers and critical vendors

As of the petition filing date, the claim is: $225.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **JAG Public Safety LLC** | Case number *(if known)* | **25-50692** |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

### 3.13

**Nonpriority creditor's name and mailing address**

**David Wessels**

**9974 Gazelle First**

**San Antonio, TX 78251**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Remarks: Uniformed Officers and critical vendors

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Vendor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$1,690.00**

### 3.14

**Nonpriority creditor's name and mailing address**

**Dell Financial Services**

**PO Box 6403**

**Carol Stream, IL 60197**

Date or dates debt was incurred

Last 4 digits of account number  _4_ _6_ _2_

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$26,504.08**

### 3.15

**Nonpriority creditor's name and mailing address**

**Eduardo Corona**

**437 Eastern Phoebe**

**San Antonio, TX 78253**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Remarks: uniformed officers and critical vendors

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Vendor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$240.00**

### 3.16

**Nonpriority creditor's name and mailing address**

**Elijah Perez**

**3690 Bison Dr.**

**Eagle Pass, TX 78852**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Remarks: uniformed officers and critical vendors

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Vendor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$240.00**

| Debtor | **JAG Public Safety LLC** | Case number *(if known)* | **25-50692** |
|---|---|---|---|
| | Name | | |

---

| Part 2: | Additional Page |
|---|---|

**3.17** Nonpriority creditor's name and mailing address
**Firstnet**

**12201 Sunrise Valley Dr**

**Herndon, VA 20192-0002**

Date or dates debt was incurred _____

Last 4 digits of account number  **6   3   0   4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$4,516.68

---

**3.18** Nonpriority creditor's name and mailing address
**Helen M. McClary**

**27308 Sterling Silver**

**San Antonio, TX 78260**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __
Remarks: Uniformed Officers and critical vendors

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$400.00

---

**3.19** Nonpriority creditor's name and mailing address
**Jacob Moreno**

**441 N. Crisp St.**

**Uvalde, TX 78801**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __
Remarks: Uniformed Officers and critical vendors

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$823.75

---

**3.20** Nonpriority creditor's name and mailing address
**Jacob Wessels**

**9974 Gazelle Forest**

**San Antonio, TX 78251**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __
Remarks: uniformed officers and critical vendors

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$160.00

---

| Debtor | **JAG Public Safety LLC** | Case number *(if known)* | **25-50692** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.21** Nonpriority creditor's name and mailing address

**James Torres**

**12234 Heatherly Dr. 117**

**Austin, TX 78747**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: uniformed officers and critical vendors

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$360.00

---

**3.22** Nonpriority creditor's name and mailing address

**Jazmin Lizabeth Ossorio**

**8100 Huebner Rd 634**

**San Antonio, TX 78240**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: Uniformed Officers and critical vendors

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$960.00

---

**3.23** Nonpriority creditor's name and mailing address

**Jerry G. Loera**

**5303 Hamilton Wolfe Rd 1420**

**San Antonio, TX 78229**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: Uniformed Officers and critical vendors

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,520.00

---

**3.24** Nonpriority creditor's name and mailing address

**Jesus M. Campos**

**507 W. Sam Houston Blvd 124**

**Pharr, TX 78577**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: Uniformed Officers and critical vendors

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$725.00

---

| Debtor | **JAG Public Safety LLC** | Case number *(if known)* | **25-50692** |
|---|---|---|---|
| | Name | | |

---

| Part 2: | Additional Page |
|---|---|

---

**3.25**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $483.75 |
|---|---|---|
| **Marcos Rivera** | *Check all that apply.* | |
| | ☐ Contingent | |
| **11810 Wheathill** | ☐ Unliquidated | |
| **San Antonio, TX 78253** | ☐ Disputed | |
| | **Basis for the claim:  Vendor** | |
| Date or dates debt was incurred | Is the claim subject to offset? | |
| Last 4 digits of account number  __ __ __ __ | ☑ No | |
| | ☐ Yes | |
| Remarks: uniformed officers and critical vendors | | |

**3.26**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,330.00 |
|---|---|---|
| **Maria Dominguez** | *Check all that apply.* | |
| | ☐ Contingent | |
| **16505 La Cantera Pkwy 112** | ☐ Unliquidated | |
| **San Antonio, TX 78256** | ☐ Disputed | |
| | **Basis for the claim:  Vendor** | |
| Date or dates debt was incurred | Is the claim subject to offset? | |
| Last 4 digits of account number  __ __ __ __ | ☑ No | |
| | ☐ Yes | |
| Remarks: Uniformed Officers and critical vendors | | |

**3.27**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,235.00 |
|---|---|---|
| **Marlon Go** | *Check all that apply.* | |
| | ☐ Contingent | |
| **6115 Akim Elm** | ☐ Unliquidated | |
| **San Antonio, TX 78261** | ☐ Disputed | |
| | **Basis for the claim:  Vendor** | |
| Date or dates debt was incurred | Is the claim subject to offset? | |
| Last 4 digits of account number  __ __ __ __ | ☑ No | |
| | ☐ Yes | |
| Remarks: Uniformed Officers and critical vendors | | |

**3.28**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $380.00 |
|---|---|---|
| **Matthew Gaitan** | *Check all that apply.* | |
| | ☐ Contingent | |
| **10422 Royal Estate** | ☐ Unliquidated | |
| **San Antonio, TX 78245** | ☐ Disputed | |
| | **Basis for the claim:  Vendor** | |
| Date or dates debt was incurred | Is the claim subject to offset? | |
| Last 4 digits of account number  __ __ __ __ | ☑ No | |
| | ☐ Yes | |
| Remarks: uniformed officers and critical vendors | | |

| Debtor | **JAG Public Safety LLC** | Case number *(if known)* | **25-50692** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,620.00** |
|---|---|---|---|

**Mike Grant**

**5118 Binz Engleman Rd**

**San Antonio, TX 78219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

Remarks: Uniformed Officers and critical vendors

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,320.00** |
|---|---|---|---|

**Milton C. Joseph**

**8406 Cool Pond**

**San Antonio, TX 78244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

Remarks: Uniformed Officers and critical vendors

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$324,782.45** |
|---|---|---|---|

**Mobilease Inc.**

**3815 Dacoma St**

**Houston, TX 77092-8717**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  _____

Date or dates debt was incurred  **07/01/2021**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

Remarks:
Judgment awarded although the property was repossessed and resold. Mobilease did not credit Debtor's account for sale of repossessed items.

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37,567.26** |
|---|---|---|---|

**National Capital Negotiators**

**1501 Corporate Dr Ste 100**

**Boynton Beach, FL 33426-6654**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  _____

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| Debtor | **JAG Public Safety LLC** | Case number *(if known)* | **25-50692** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.33** Nonpriority creditor's name and mailing address

**Pedro Garcia**

**20322 Agate Ridge**

**San Antonio, TX 78264**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: Uniformed Officers and critical vendors

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$1,937.50

---

**3.34** Nonpriority creditor's name and mailing address

**Ramon Martinez**

**8331 Fredricksburg Rd 110**

**San Antonio, TX 78229**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: Uniformed Officers and critical vendors

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$480.00

---

**3.35** Nonpriority creditor's name and mailing address

**Renhill Staffing Services of Texas**

**102 Rilla Vista Dr**

**San Antonio, TX 78216-7664**

Date or dates debt was incurred **09/29/2021**

Last 4 digits of account number __ __ __ __

Remarks:
Currently have paid $116,100. Remaining balance of $8,100.00 however Renhill is charging a factoring fee of $170,615.00 which is being disputed.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$125,000.00

---

**3.36** Nonpriority creditor's name and mailing address

**Ricardo Zepeda**

**7926 Cortland Oak**

**San Antonio, TX 78254**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: uniformed officers and critical vendors

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$250.00

---

| Debtor | **JAG Public Safety LLC** | Case number *(if known)* | **25-50692** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.37** Nonpriority creditor's name and mailing address

**Richard Chadwell**

**502 Pinehurst St**

**San Antonio, TX 78221**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: Uniformed Officers and critical vendors

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$610.00**

---

**3.38** Nonpriority creditor's name and mailing address

**River City Federal Credit Union**

**Po Box 681029**

**San Antonio, TX 78268-1029**

Date or dates debt was incurred **2018**

Last 4 digits of account number __ __ __ __

Remarks: Judgement awarded.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$93,805.60**

---

**3.39** Nonpriority creditor's name and mailing address

**Roger Euresti**

**3030 Alvin Circle**

**Eagle Pass, TX 78852**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: Uniformed Officers and critical vendors

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,480.00**

---

**3.40** Nonpriority creditor's name and mailing address

**Steve Bonnell**

**PO Box 40244**

**San Antonio, TX 78229**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: Uniformed Officers and critical vendors

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,983.75**

---

| Debtor | **JAG Public Safety LLC** | Case number *(if known)* | **25-50692** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 2:**</div> Additional Page

**3.41** Nonpriority creditor's name and mailing address

**Stormie Jarmon**

**156 Remington Rd**

**Spring Branch, TX 78070**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: Uniformed Officers and critical vendors

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$1,000.00

**3.42** Nonpriority creditor's name and mailing address

**Street Smart Rentals**

**3404 N Bagdad Rd Ste A**

**Leander, TX 78641-4561**

Date or dates debt was incurred _____

Last 4 digits of account number **3 9 0 4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$46,612.86

| Debtor | **JAG Public Safety LLC** | Case number *(if known)* | **25-50692** |
|---|---|---|---|
| | Name | | |

## Part 3: List Others to Be Notified About Unsecured Claims

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Hayden & Cunningham, PLLC Attorneys at Law**<br><br>**7750 Broadway**<br><br>**San Antonio, TX 78209-3244** | Line **3.8**<br><br>☐ Not listed. Explain | _ _ _ _ |
| 4.2 **Law Offices of Syl Mauro**<br><br>**12451 Starcrest Dr Ste 100**<br><br>**San Antonio, TX 78216-2988** | Line **3.38**<br><br>☐ Not listed. Explain | _ _ _ _ |
| 4.3 **McCarthy, Burgess & Wolff**<br><br>**2600 Cannon Rd**<br><br>**Bedford, OH 44146** | Line **3.11**<br><br>☐ Not listed. Explain | _ _ _ _ |
| 4.4 **Watkins & Watkins**<br><br>**24 Greenway Plz Ste 1710**<br><br>**Houston, TX 77046-2423** | Line **3.31**<br><br>☐ Not listed. Explain | _ _ _ _ |

Debtor   **JAG Public Safety LLC**                    Case number *(if known)*   **25-50692**
         Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

5.    **Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
| --- | --- | --- |
| 5a. **Total claims from Part 1** | 5a. | **$252,002.22** |
| 5b. **Total claims from Part 2** | 5b.   **+** | **$1,056,926.12** |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$1,308,928.34** |

**Fill in this information to identify the case:**

Debtor name      **JAG Public Safety LLC**

United States Bankruptcy Court for the:

     **Western District of Texas**

Case number (if known):    **25-50692**    Chapter **11**

☑ Check if this is an <u>amended</u> filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals    12/15

---

**Part 1:**   Summary of Assets

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

     Copy line 88 from *Schedule A/B*............................................................................................ | **$0.00** |

   1b. **Total personal property:**

     Copy line 91A from *Schedule A/B*........................................................................................ | **$1,046,777.10** |

   1c. **Total of all property:**

     Copy line 92 from *Schedule A/B*.......................................................................................... | **$1,046,777.10** |

---

**Part 2:**   Summary of Liabilities

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | **$1,064,075.17** |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

     Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................... | **$252,002.22** |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..................................... | + **$1,056,926.12** |

4. **Total liabilities**................................................................................................................ | **$2,373,003.51** |

   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name      **JAG Public Safety LLC**

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (if known):    **25-50692**

☑ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☐   *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☑   *Amended Schedule*   **Schedules D, E/F and Summary**

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **04/17/2025**
     MM/ DD/ YYYY

X **/s/ Lucio Gonzalez**
Signature of individual signing on behalf of debtor

**Lucio Gonzalez**
Printed name

**President**
Position or relationship to debtor